### H. F. Bennet *v.* B. B. Starnes, Sheriff.

[Same principle as *E. A. Bennet,* Tutrix, v. *Same.*]

APPEAL from District Court, Eighth District, *Penn,* J.   *Watterson,* for plaintiff.  *Jones,* for defendant.

Dunbar, J.  This case does not materially differ from that just decided of *E. A. Bennet,* tutrix, v. *the same defendants.* The plaintiff, who is the husband of *Eliza Ann Bennet,* the original defendant in execution, sets up title and claims as his own, three of the slaves seized by the Sheriff, and prays damages against the defendant *in solido* for their illegal seizure. There was judgment in his favor for one hundred and fifty dollars, and the defendant, *Starnes,* has appealed. We do not consider that the plaintiff has established such a title as would authorize us to affirm the judgment of the Court below, and the opinion just expressed in the case of *E. A. Bennet,* tutrix, as regards the liability of Sheriffs, we reiterate here.

It is, therefore, ordered, adjudged and decreed, that the judgment of the lower Court, so far as it regards the defendant, *B. B. Starnes,* Sheriff, be reversed and set aside, and judgment is rendered in his favor, the plaintiff, appellee, paying costs in both Courts.